UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:13-cr-180-T-33MAP

EDDIE C. DENSON

### O R D E R

Now pending is the Government's Motion for Reduction of Imprisonment to Time Served. Upon due consideration, the Court finds that the motion is well-taken. Accordingly, it is

ORDERED that the Government's Motion for Reduction of Imprisonment to Time Served is GRANTED.

DONE and ORDERED at Tampa, Florida, this 2nd day of December, 2015.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE